| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2004 | FOR CALENDAR YEAR 2004 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Rebecca B | Eastern District of Virginia | 5/6/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ◯ Nomination, Date<br>◯ Initial  ⦿ Annual  ◯ Final | 1/1/2004<br>to<br>12/31/2004 |

**7. Chambers or Office Address**

United States District Court

600 Granby Street

Norfolk, Virginia 23510

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____  Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Norfolk Academy, Norfolk, VA |
| 2.   Director | General Douglas MacArthur Foundation, Norfolk, VA |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

DISCLOSURE OFFICE FINANCIAL RECEIVED MAY 10 10 33 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income
☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Self-employed (dental laboratory) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association, Inc. | March 26 - New York City - Annual Dinner Honoring Federal Judiciary (transportation and room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SunTrust Bank Account | A | Interest | | | Closed | | | | |
| 2. Investment Account #1 directing (line 3) | D | Div & Int | N | T | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-35) | | | | | | | | | |
| 4. Hampton Roads Bankshares Inc | | | | | | | | | |
| 5. Centennial Government Trust | | | | | | | | | |
| 6. The Diamonds Trust | | | | | | | | | |
| 7. Standard & Poor's 500 Depository Receipts Trust | | | | | | | | | |
| 8. Taxable Bonds: | | | | | | | | | |
| 9. Norfolk Southern Corp. 2/15/04 Note | | | | | Redeem | 2/17 | J | | |
| 10. U.S. T-Note 2/15/05 | | | | | | | | | |
| 11. U.S. T-Note 5/15/05 | | | | | | | | | |
| 12. Virginia 11/1/04 Housing Developmt Auth. Multi Family | | | | | Redeem | 11/1 | J | | |
| 13. U.S. T-Note 11/15/05 | | | | | | | | | |
| 14. Norfolk & Southern Corp. 7.22% 9/15/06 Medium Term Notes | | | | | | | | | |
| 15. U.S. T-Note 8/15/04 | | | | | Redeem | 8/16 | J | | |
| 16. Sara Lee Corp. 6/19/08 Medium Term Note | | | | | | | | | |
| 17. U.S. T-Note 8/15/07 | | | | | | | | | |
| 18. U.S. T-Note 10/15/06 | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. U.S. TSY Inflation Index Notes 1/15/08 | | | | | | | | | |
| 20. U.S. TSY Inflation Index Note 1/15/10 | | | | | | | | | |
| 21. Gateway Bank FSB 12/27/04 | | | | | Redeem | 12/27 | J | | |
| 22. Utilicorp United Inc. 10/1/04 | | | | | Redeem | 10/1 | J | | |
| 23. US TSY Inflation Index Notes 7-15-13 | | | | | | | | | |
| 24. FFCB 12-11-09 | | | | | Redeem | 1/22 | J | | |
| 25. Raven Hills TX Higher Ed 8-1-06 | | | | | | | | | |
| 26. Providian Natl Bk 10-25-04 | | | | | Redeem | 10/25 | J | | |
| 27. Hinsdale Bk & Tr Co. ILL 9/4/07 | | | | | Buy | 9/14 | J | | |
| 28. Virginia Hsg Dev Auth Multi-Fam - Series D 5/1/16 | | | | | Buy | 9.10 | J | | |
| 29. Florida Windstorm Underwriting Assn. 8/1/07 | | | | | Buy | 12/9 | J | | |
| 30. U.S. T-Note 8/15/08 | | | | | Buy | 12/21 | J | | |
| 31. FHLMC 3/3/09 | | | | | Buy | 12/22 | K | | |
| 32. U.S. T-Note 5/15/14 | | | | | Buy | 12/23 | J | | |
| 33. FFCB 6/14/12 | | | | | Buy | 3/30 | J | | |
| 34. FFCB 10/15/07 | | | | | Buy | 4/15 | J | | |
| 35. FNMA 4/29/08 | | | | | Buy | 4/29 | J | | |
| 36. Farm, ███████, VA | | None | L | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. BB&T Account | A | Interest | J | T | | | | | |
| 38. Investment Account #2 directing (line 39) | | | | | | | | | |
| 39. Brokerage Account #2 holding (lines 40-104) | | | | | | | | | |
| 40. Centennial Tax Exempt Trust | A | Interest | L | T | | | | | |
| 41. Equities/Stocks: | | | | | | | | | |
| 42. E.I. DuPont De Nemours & Co. | A | Dividend | J | T | | | | | |
| 43. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 44. General Electric Co. | B | Dividend | L | T | | | | | |
| 45. International Paper Co. | A | Dividend | K | T | | | | | |
| 46. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 47. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 48. St. Joe Co. | A | Dividend | K | T | | | | | |
| 49. Hewlett-Packard Co. | A | Dividend | J | T | | | | | |
| 50. Dollar Tree Stores, Inc. | | None | K | T | | | | | |
| 51. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 52. Raytheon Co. | A | Dividend | J | T | | | | | |
| 53. Cooper Cameron Corp. | | None | J | T | | | | | |
| 54. Charles & Colvard Ltd. | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Conagra Inc (Del) | A | Dividend | J | T | | | | | |
| 56. Automatic Data Processing Inc. | A | Dividend | J | T | | | | | |
| 57. Dell, Inc. | | None | J | T | | | | | |
| 58. Honeywell International Inc. | A | Dividend | K | T | | | | | |
| 59. Lucent Technologies Inc. | | None | J | T | | | | | |
| 60. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 61. Time Warner Inc. | | None | | | Sold | 1/2 | J | | |
| 62. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 63. R.R. Donnelley & Sons Co. | A | Dividend | J | T | | | | | |
| 64. Ace Limited Ord | A | Dividend | J | T | | | | | |
| 65. Bank of America | A | Dividend | J | T | | | | | |
| 66. Cisco Systems Inc. | | None | J | T | | | | | |
| 67. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 68. Eastman Kodak Co. | A | Dividend | K | T | | | | | |
| 69. General Motors Corp. | A | Dividend | J | T | | | | | |
| 70. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 71. Verizon Communications | A | Dividend | J | T | | | | | |
| 72. AT&T Corp. | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Tax Exempt Bonds: | | | | | | | | | |
| 74. James City Cnty VA 12/15/04 Gen Oblg Pub Impt FGIC Ins | | None | | | Redeem | 12/15 | J | | |
| 75. VA 6/1/04 Polytechnic Inst. & St Univ Rev Serv System | A | Interest | | | Redeem | 6/1 | J | A | |
| 76. Roanoke Va 2/1/05 Gen Oblg Public Improvement 96A | A | Interest | J | T | | | | | |
| 77. Illinois 1/1/10 Northern Toll Hwy Auth Rev Pre-Refund | | None | | | Redeem | 7/1 | J | | |
| 78. Upper Occoquan Sew Auth VA 7/1/07 Regl Sew Rev Refund | A | Interest | J | T | | | | | |
| 79. Pittsylvania Cnty VA 7/1/05 Gen Obligation Pub Improvement | A | Interest | K | T | | | | | |
| 80. Fairfax Cnty VA 6/1/08 Public Impt & Refunding Ser 1999A | A | Interest | K | T | | | | | |
| 81. Arlington Cnty VA 6/1/09 General Obligation Refunding | A | Interest | K | T | | | | | |
| 82. Arlington Cnty VA 6/1/06 Gen Obligation Bonds Public Impt | A | Interest | K | T | | | | | |
| 83. Montgomery Cnty VA 1/15/11 Indl Dev Auth Lease Revenue | A | Interest | K | T | | | | | |
| 84. Henrico Cnty VA 5/1/10 Water & Sewer Revenue Refunding | A | Interest | K | T | | | | | |
| 85. Richmond VA 7/15/07 Indl Dev Auth Govt Facs Auth Lease Rev | A | Interest | K | T | | | | | |
| 86. Chesterfield Cnty VA 1/15/14 G.O. Pub. Impt Bds | A | Interest | J | T | | | | | |
| 87. Lynchburg VA Indl Dev Auth Hlthcare 1-1-05 | A | Interest | K | T | | | | | |
| 88. Middle Riv Regl Jail 5-15-12 | A | Interest | K | T | | | | | |
| 89. Prince William Cnty, VA Water & Sewer 7-1-12 | A | Interest | K | T | | | | | |
| 90. Arlington Cnty, VA Gen Oblig 2-1-13 | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Alexandria, VA Cos Public Impv 6-15-15 | A | Interest | K | T | | | | | |
| 92. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | A | Interest | K | T | Buy | 10/28 | K | | |
| 93. Fairfax Cnty VA Gen Oblig Refunding Series A 4/1/06 | A | Interest | K | T | Buy | 9/7 | K | | |
| 94. Taxable Bonds: | | | | | | | | | |
| 95. Illinois Bell Telephone Debentures 2/1/04 | A | Interest | | | Redeem | 2/2 | J | A | |
| 96. U.S. T-Note 5/15/04 | | None | | | Redeem | 5/17 | J | | |
| 97. U.S. T-Note 2/15/05 | A | Interest | J | T | | | | | |
| 98. U.S. T-Note 5/15/05 | A | Interest | J | T | | | | | |
| 99. Virginia Higher Edl Instns-A 6/1/05 | A | Interest | J | T | | | | | |
| 100. U.S. T-Note 7/15/06 | A | Interest | J | T | | | | | |
| 101. U.S. T-Note 10/15/06 | A | Interest | J | T | | | | | |
| 102. U.S. T-Note 8/15/07 | A | Interest | J | T | | | | | |
| 103. Monsanto Co. 2/5/08 | A | Interest | J | T | | | | | |
| 104. Entergy Miss Inc. 4/1/08 | A | Interest | | | Redeem | 5/24 | J | A | |
| 105. Southtrust Bank | A | Interest | K | T | | | | | |
| 106. ██████████ | F | Dividend | N | W | | | | | |
| 107. Rental Property #1, Norfolk, VA | E | Rent | M | W | | | | | |
| 108. C.A. Associates, 2%. Norfolk, VA | C | Dividend | K | U | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000.001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. GJF Currituck Beach Associates, NC | C | Dividend | J | W | | | | | |
| 110. IRA - Equi-Vest | B | Dividend | L | T | | | | | |
| 111. Deferred Annuity - Equitable Life Ins. Co. | B | Dividend | L | T | | | | | |
| 112. IRA-Brokerage Acct #3 directing and holding (lines 113-133) | D | Dividend | M | T | | | | | |
| 113. American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 114. American Funds Investment Company of America | | | | | | | | | |
| 115. Calamos Growth Fund | | | | | | | | | |
| 116. First Eagle Sogen Global Fund | | | | | | | | | |
| 117. Ing International Value Fund | | | | | | | | | |
| 118. Lord Abbett Mid Cap Value Fund | | | | | | | | | |
| 119. Managers Special Equity Fund | | | | | | | | | |
| 120. Oakmark International Small Cap Fund | | | | | | | | | |
| 121. Pimco Pea Renaissance Fund | | | | | | | | | |
| 122. Pimco Short Term Fund | | | | | | | | | |
| 123. Royce Micro-Cap Fund | | | | | | | | | |
| 124. Royce Pennsylvania Mutual Fund | | | | | | | | | |
| 125. UBS Pace Money Market Investment Fund | | | | | | | | | |
| 126. American Funds Growth Fund of America | | | | | | | | | |

1. Income/Gain Codes:      A  = $1,000 or less          B  = $1,001-$2,500        C  = $2,501-$5,000        D = $5,001-$15,000        E  = $15,001-$50,000
(See Columns B1 and D4)   F  = $50,001-$100,000      G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:            J  = $15,000 or less        K = $15,001-$50,000        L  = $50,001-$100,000      M  = $100,001-$250,000
(See Columns C1 and D3)   N  = $250,000-$500,000     O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                          P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000

3. Value Method Codes      Q = Appraisal             R  = Cost (Real Estate Only)   S  = Assessment            T  = Cash/Market
(See Column C2)           U = Book Value            V  = Other                     W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. AXA Rosenberg U.S. Small Capitalization Fund | | | | | Sold | 5/17 | J | | |
| 128. First Eagle Overseas Fund | | | | | | | | | |
| 129. First Eagle Gold Fund | | | | | | | | | |
| 130. JP Morgan Mid Cap Value Fund | | | | | Sold | 5/17 | J | | |
| 131. Invesco Leisure Fund (Name chg AIM Leisure Fund) | | | | | | | | | |
| 132. Oppenheimer Real Estate Fund | | | | | Buy | 5/17 | J | | |
| 133. Pimco Commodity Real Return Strategy Fund | | | | | Buy | 5/17 | J | | |
| 134. Brokerage Account #4 directing and holding (lines 135-176) | | | | | | | | | |
| 135. Resource Management Tax-Free Fund, Inc. | A | Interest | K | T | | | | | |
| 136. Equities/Stocks: | | | | | | | | | |
| 137. Aflax Inc | B | Dividend | J | T | | | | | |
| 138. BB&T Corp. | A | Dividend | J | T | | | | | |
| 139. Berkshire Hathaway Inc. | A | Dividend | J | T | | | | | |
| 140. Canadian Pacific Railway Ltd. | B | Dividend | J | T | | | | | |
| 141. Fedex Corp | B | Dividend | J | T | | | | | |
| 142. General Electric | A | Dividend | J | T | Buy | 11/5 | J | | |
| 143. Harley Davidson Inc. | A | Dividend | J | T | Buy | 6/2 | J | | |
| 144. Johnson & Johnson | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 146. Nestle | B | Dividend | J | T | | | | | |
| 147. Pogo Producing Co. | B | Dividend | | | Sold | 2/5 | J | A | |
| 148. Procter & Gamble Co. | B | Dividend | J | T | | | | | |
| 149. Southern Co. | B | Dividend | J | T | | | | | |
| 150. Wal Mart Stores Inc. | | None | | | Sold | 10/28 | J | | |
| 151. Weingarten Realty | C | Dividend | J | T | | | | | |
| 152. Wisconsin Energy Corp. | B | Dividend | | | Sold | 5/12 | J | B | |
| 153. Anheuser Busch Cos, Inc. | | None | J | T | | | | | |
| 154. Caterpillar Inc. | A | Dividend | | | Sold | 2/5 | J | A | |
| 155. Gillette Company | B | Dividend | J | T | | | | | |
| 156. Nextel Communications Inc. | C | Dividend | | | Sold | 5/24 | J | C | |
| 157. Oracle Corp. | | None | | | Sold | 6/7 | J | | |
| 158. Plum Creek Timber Co., Inc. | B | Dividend | J | T | | | | | |
| 159. Royal Dutch Pete Co. | B | Dividend | J | T | | | | | |
| 160. 3M Co. | A | Dividend | J | T | | | | | |
| 161. Agrium Inc. | | None | J | T | Buy | 11/11 | J | | |
| 162. Celgene Corp. | | None | J | T | Buy | 10/27 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2) U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Rebecca B | 5/6/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII, page 10, line 172. This asset was inadvertently reported as sold in 2002, and then not included on the 2003 report, due to incorrect information provided by filer's spouse's broker. This asset was only partially sold in 2002.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date _May 6, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544